cember 14, 1900.) Action by Charles Kerr against the New York, Ontario & Western Railway Company and another. No opinion. Order affirmed, without costs.

KIEM, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Mina Kiem against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

KING, Appellant, v. KING, Respondent. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by Vincent C. King, Jr., against Minnie A. King, as administratrix, etc. No opinion. Judgment affirmed, with costs.

KINNEY, Appellant, v. DEVENDORF et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 20, 1900.) Action by Melvin D. Kinney against David M. Devendorf and others. No opinion. Judgment and order affirmed, with costs.

KLINGER v. MARKOWITZ. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by Louis Klinger against Herman Markowitz. No opinion. Motion denied, with $10 costs. See 66 N. Y. Supp. 1135.

KRAGEL v. KRAGEL. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by John B. R. Kragel against Elmer E. Kragel. No opinion. Motion granted, with $10 costs.

LAGE v. KRUGER. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by Louisa Lage against Pauline Kruger. No opinion. Motion granted.

LAKNER, Respondent, v. GOGGILL et al., Appellants. (City Court of New York, General Term. January 3, 1901.) Action by Mike Lakner against Julia M. Goggill and others. From a judgment in favor of the plaintiff, defendants appeal. Affirmed. Joseph I. Green, for appellants. Albert I. Sire, for respondent.

·PER CURIAM. Judgment affirmed, with costs.

LAMBERT, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Nosta Lambert against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. H. A. Powell, for respondent. No opinion. Judgment and order affirmed, with costs.

LAMBERT, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by Mary Lambert, as administratrix, against the Metropolitan Street-

67 N.Y.S.—72

Railway Company. C. F. Brown, for appellant. J. Marks, for respondent. No opinion. Judgment and order affirmed, with costs.

LANCASTER, Respondent, v. FRENCH, Appellant. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by Robert A. Lancaster against Amos T. French, as executor of Francis O. French, deceased. From a judgment for plaintiff on report of referee, defendant appeals. Affirmed. George W. Wickersham, for appellant. Robert L. Harrison, for respondent.

O'BRIEN, J. The evidence produced upon the new trial does not essentially vary the questions considered and decided by this court in the former appeal. Lancaster v. French, 48 App. Div. 625, more fully reported in 62 N. Y. Supp. 623. We think, therefore, that the decision then rendered is controlling, and that the judgment should be affirmed, with costs. All concur, except McLAUGHLIN, J., who dissents.

LAUTZ, Respondent, v. WILLIAMS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 4, 1900.) Action by Charles Lautz against Frank F. Williams and others. No opinion. Judgment affirmed, with costs.

LAWLESS et al., Respondents, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by Michael J. Lawless and John Tierney against the state of New York. No opinion. Judgment affirmed, with costs.

LAWRANCE, Respondent, v. HEUBI, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1900.) Action by Lester Lawrance against Gustave Heubi. No opinion. Judgment of county court affirmed, with costs.

LAWTON, Appellant, v. LOFTUS, Respondent. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by Robert Lawton against Thomas J. Loftus. W. J. Barr, for appellant. C. W. Hartridge, for respondent. No opinion. Judgment and order affirmed, with costs.

L. D. GARRETT CO. v. HAWKINS. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by the L. D. Garrett Company against George F. Hawkins. No opinion. Motion granted, with $10 costs.

LEARY v. FITCHBURG RAILROAD. (Supreme Court, Appellate Division, Third Department. November 23, 1900.) Action by Dennis O. Leary, as administrator, etc., against the Fitchburg Railroad. No opinion. Motion denied. See 65 N. Y. Supp. 699.

LENDLE v. ROBINSON. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Philip Lendle against Francis Robinson. No opinion. Motion denied. See 65 N. Y. Supp. 1138.